No. 11–6380. VAN PELT v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 11–6420. TORRES-TORRES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–6428. ST. MARTIN v. WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 11–6455. MCCLARIN v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 11–6456. NASLUND v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–6467. GUY v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 11–6795. RAMOS v. TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 11–6798. SCHLEE v. WILLIAMS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–6799. COWIE v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 11–6805. SUAREZ v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 11–6808. GRIFFIN v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–6825. NORWOOD v. LITTLE ROCK POLICE DEPARTMENT. C. A. 8th Cir. Certiorari denied.

No. 11–6828. SCOTT v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 11–6829. ALLEN v. BIGELOW, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 11–6830. BURE v. BONDI, ATTORNEY GENERAL OF FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.